IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00805-LTB-GPG

REGINA T. DREXLER,

    Plaintiff,

v.

HON. THERESA SPAHN, in her official capacity,
HON. CHELSEA MALONE, in her official capacity,
DENVER COUNTY COURT, CITY AND COUNTY OF DENVER, and
ATTORNEY GENERAL PHILLIP WEISER, in his official capacity for the STATE OF
    COLORADO,

    Defendants.

---

## ORDER REINSTATING ACTION

---

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit entered on the docket on January 23, 2023, this civil action will be reinstated. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit entered on January 23, 2023. It is

FURTHER ORDERED that the case shall be reassigned to the pro se docket.

DATED at Denver, Colorado, this  24th  day of    January    , 2023.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        LEWIS T. BABCOCK, Senior Judge
                        United States District Court