IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00805-DDD-KLM

REGINA DREXLER,

    Plaintiff,

v.

ATTORNEY GENERAL PHILLIP WEISER, in his official capacity for the State of Colorado,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court sua sponte. This case was recently reinstated after an appeal to the Tenth Circuit. *See Order Reinstating Case* [#52]. An Order Referring Case [#55] was issued on January 25, 2023.

    While the case originally asserted a habeas claim and claims under 42 U.S.C. § 1983, the only claim remaining is a claim under § 1983 that certain state statues authorizing protective orders are unconstitutional. *See Tenth Circuit Order and Judgment* [#50] at 3, 8-10, *see also Mandate* [#51]. The Court believes that this claim should be addressed through briefing. Accordingly,

    IT IS HEREBY **ORDERED** that Plaintiff's Opening Brief as to the constitutionality of the state statutes shall be filed by **March 1, 2023**. Defendant's Response Brief shall be filed by **March 31, 2023**. Plaintiff's Reply Brief shall be filed by **April 17, 2023**.

    Dated:   January 30, 2023