IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00805-DDD-KAS

REGINA DREXLER,

    Plaintiff,

v.

PHILLIP WEISER, in his official capacity as the Attorney General of Colorado,
BETH McCANN, in her official capacity as elected District Attorney for the 2nd Judicial District,
PRESIDING JUDGE IN DENVER DISTRICT COURT DIVISION 414, in his/her official capacity,
PRESIDING JUDGE IN DENVER COUNTY COURT DIVISION 159, in his/her official capacity, and
JOHN DOE, in his official capacity (as required),

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the District Judge's **Order** [#115] referring this case to the undersigned to conduct a Status Conference. Accordingly,

    IT IS HEREBY **ORDERED** that a Status Conference is **SET** for **April 2, 2024**, at **1:30 p.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. (The Court is holding a joint status conference with the attorneys in *Drexler v. Weiser, et al.*, No. 22-cv-00542.)

    IT IS FURTHER **ORDERED** that the parties **shall** meet and confer (including with the attorneys in Case No. 22-cv-00542) in advance of the Status Conference about the following **non-exclusive** list of topics to be discussed at that time, which includes:

    (1) whether this case should be joined or consolidated with *Drexler v. Weiser*, No. 22-cv-00542-DDD-KAS;

    (2) how this case can most efficiently proceed to the merits;

    (3) the contents of any new proposed amended complaint, including the claims to be asserted in any such complaint;

(4) the appropriate Defendants in this action given the relief requested by Plaintiff;

(5) who is permitted to make filings in these cases; and

(6) any other issues the parties wish to bring to the Court's attention.

Dated:   March 8, 2024